# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/23/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL 04-00625JMS-BMK

CASE NAME:        John McAllister vs. University of Hawaii, et al.,

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    J. Michael Seabright        REPORTER:

DATE:     12/23/2005                  TIME:

---

COURT ACTION: ENTERING ORDERING:

The following deadlines are the only deadlines open:

File Deposition Counter Designations and Objections - 2/16/2006.

Submit Voir Dire Questions/Special Verdict Form/Concise Statement of the Case/Jury Instructions - 2/17/2006.

File Trial Briefs - 2/21/2006.

Trial Exhibits - 2/21/2006

File Objections to Exhibits - 2/28/2006.

Jury Selection/Jury Trial - 3/7/2006 @ 9:00 a.m. before the Honorable J. Michael Seabright.

cc:   Andre Wooten, Esq.
      Ryan Akamine, Esq.

Submitted by: Dottie Miwa, Courtroom Manager