ORIGINAL

367412.1

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI          #2498-0
GREGG M. USHIRODA        #5868-0
KAREN Y. ARIKAWA         #7684-0
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
**JANE CALFEE**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at 11 o'clock and 25 min A M
SUE BEITIA, CLERK

LODGED

DEC 29 2005
3:00 p

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN MCALLISTER, ) | **Civil No. CV 04 00625SOM BMK** |
| ) | |
| Plaintiff, ) | WITHDRAWAL AND |
| ) | SUBSTITUTION OF COUNSEL |
| vs. ) | FOR DEFENDANT JANE CALFEE; |
| ) | ORDER |
| UNIVERSITY OF HAWAI`I; ) | |
| KAPIOLANI COMMUNITY ) | |
| COLLEGE; JANE CALFEE, Instructor ) | |
| at Kapiolani Community College; ) | |
| RICHARD DOE, Academic Counselor ) | |
| at Kapiolani Community College; JILL ) | |
| MAGNAGON, Director of Academic ) | |
| Counseling at Kapiolani Community ) | |
| College; MONA LEE, Dean of Student ) | |
| Services at Kapiolani Community ) | |
| College, ) | |
| ) | |
| Defendants. ) | |

## WITHDRAWAL AND SUBSTITUTION OF
## COUNSEL FOR DEFENDANT JANE CALFEE

COME NOW, the Office of Vice President for Legal Affairs and University General Counsel, attorneys of record for Defendant JANE CALFEE, pursuant to LR 83.6(b) and LR 10.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and hereby withdraws as counsel for Defendant JANE CALFEE; and

COMES NOW, the Law Firm of WATANABE ING & KOMEIJI, and hereby enters its appearance in the above-captioned case as counsel of record for Defendant JANE CALFEE.

A trial date of March 7, 2006 has been set in this matter. Defendant JANE CALFEE has consented to this Withdrawal And Substitution Of Counsel.

DATED: Honolulu, Hawaii, _____.


_____
WALTER S. KIRIMITSU
RUTH I. TSUJIMURA
RYAN M. AKAMINE
CHRISTINE F. TAMASHIRO
Withdrawing Attorneys for
Defendant JANE CALFEE

- 2 -

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Appearing Attorneys for Defendant
JANE CALFEE

CONSENTED TO:

_____
JANE CALFEE

**APPROVED AND SO ORDERED:**

_____
**JUDGE OF THE ABOVE-ENTITLED COURT**

_____
John McAllister, Plaintiff, v. University of Hawai`i, et al., Defendants, Civil No. CV 04 00625SOM BMK; WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER