# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00625JMS-BMK

CASE NAME:        John McAllister v. UH

ATTYS FOR PLA:    Andre S. Wooten

ATTYS FOR DEFT:   Ryan M. Akamine, John T. Komeiji

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   C6 no record

DATE:    1/3/2006                 TIME:       9:12 - 9:20

COURT ACTION:  EP: Status Conference Re Dates - Trial dates/deadlines to remain unchanged.  Morton's depo remains to be taken.

John Komeiji enters as counsel for Jane Calfree.

Submitted by Richlyn Young, Courtroom Manager