ORIGINAL

253810.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI          #2498-0
GREGG M. USHIRODA        #5868-0
KAREN Y. ARIKAWA         #7684-0
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-Mail: gushiroda@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2006

at 2 o'clock and 15 min. P M
SUE BEITIA, CLERK

Attorneys for Defendant
   **JANE CALFEE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN MCALLISTER,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNIVERSITY OF HAWAI`I;<br>KAPIOLANI COMMUNITY COLLEGE;<br>JANE CALFEE, Instructor at<br>Kapiolani Community College;<br>RICHARD DOE, Academic Counselor<br>at Kapiolani Community College;<br>JILL MAGNAGON, Director of<br>Academic Counseling at<br>Kapiolani Community College;<br>MONA LEE, Dean of Student<br>Services at Kapiolani Community<br>College,<br><br>            Defendants. | **Civil No. CV 04 00625SOM BMK**<br><br>DEFENDANT JANE CALFEE'S MOTION FOR LEAVE TO FILE MOTIONS *IN LIMINE*; MEMORANDUM IN SUPPORT OF MOTION; AFFIDAVIT OF GREGG M. USHIRODA; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br>[NON-HEARING MOTION] |

**DEFENDANT JANE CALFEE'S MOTION**
**FOR LEAVE TO FILE MOTIONS *IN LIMINE***

COMES NOW Defendant JANE CALFEE ("Defendant CALFEE"), by and through her attorneys, WATANABE ING & KOMEIJI LLP, and

pursuant to Local Rule 7.2(d) of the Rules of the United States District Court, respectfully moves this Honorable Court for leave to file no more than five (5) motions *in limine* in the above-captioned action.

This motion is based upon the attached Memorandum in Support of Motion, affidavit of counsel, and the entire record and file herein.

DATED:  Honolulu, Hawaii, _____JAN 0 9 2006_____.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant
**JEAN CALFEE**

- 2 -