IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN MCALLISTER,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNIVERSITY OF HAWAI`I;<br>KAPIOLANI COMMUNITY COLLEGE;<br>JANE CALFEE, Instructor at<br>Kapiolani Community College;<br>RICHARD DOE, Academic Counselor<br>at Kapiolani Community College;<br>JILL MAGNAGON, Director of<br>Academic Counseling at<br>Kapiolani Community College;<br>MONA LEE, Dean of Student<br>Services at Kapiolani Community<br>College,<br><br>          Defendants. | **Civil No. CV 04 00625SOM BMK**<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following by depositing same in the United States Mail, postage prepaid, addressed to their following last known addresses:

> ANDRE S. WOOTEN, ESQ.
> 1188 Bishop Street
> Century Square, Suite 1909
> Honolulu, Hawaii 96814
>
> Attorney for Plaintiff
> **JOHN MCALLISTER**

RUTH I. TSUJIMURA, ESQ.
RYAN M. AKAMINE, ESQ.
University of Hawaii
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaii 96822

Attorneys for Defendants
**UNIVERSITY OF HAWAII, KAPIOLANI COMMUNITY COLLEGE, JILL MAKAGON** (incorrectly identified as Jill Magnagon) and **MONA LEE**

JAN 0 9 2006

DATED:  Honolulu, Hawaii, _____.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant
**JEAN CALFEE**