# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/3/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL 04-00625JMS-BMK

CASE NAME:        John McAllister vs. University of Hawaii, et al.,

ATTYS FOR PLA:    Andre S. Wooten

ATTYS FOR DEFT:   Christine Tamashiro

INTERPRETER:

JUDGE:   J. Michael Seabright          REPORTER:   Sharon Ross

DATE:    10/3/2005                     TIME:       9:00 - 9:35

COURT ACTION: 1) Defendant University of Hawaii's Motion for Judgment on the Pleadings
2) Defendants Jane Calfee, Jill Makagon and Mona Lee's Motion for Judgment on the Pleadings:

Arguments made.

Defendant University of Hawaii's Motion for Judgment on the Pleadings and Defendants Jane Calfee, Jill Makagon and Mona Lee's Motion for Judgment on the Pleadings taken under advisement.

Ms. Tamashiro has three days to file supplemental pleadings to respond to the allegations.

Submitted by:  Dottie Miwa, Courtroom Manager