ORIGINAL

ANDRE' S. WOOTEN   #3887
Attorney At Law
1188 Bishop St., Suite 1909
Honolulu, Hawaii  96813
Telephone: (808) 545-4165

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN McALLISTER; | CIVIL NO. CV-04-00625 JMS-BMK |
| Plaintiff, | NOTICE OF MOTION; MOTION TO STRIKE DEFENDANTS' |
| vs. | INCOMPLETELY IDENTIFIED WITNESSES 12-35; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| UNIVERSITY OF HAWAII; KAPIOLANI COMMUNITY COLLEGE; JANE CALFEE, Instructor at Kapiolani Community College; RICHARD DOE, Academic Counselor at Kapiolani Community College; JILL MAGNAGON, Director of Academic Counseling Services at Kapiolani Community College; MONA LEE, Dean of Student Services Kapiolani Community College, | Hearing: Time: Judge: |
| Defendants. | TRIAL:   March 7, 2006 |

## NOTICE OF MOTION

TO:   RYAN M. AKAMINE, ESQ.
      CHRISTINE TAMASHIRO, ESQ.
      University of Hawaii
      2444 Dole St., Bachman Hall 110
      Honolulu, Hawaii 96822

      Attorneys for Defendants
      UNIVERSITY OF HAWAII, KAPIOLANI
      COMMUNITY COLLEGE, JANE CALFEE,
      JILL MAKAGON and MONA LEE

      JOHN T. KOMEIJI, ESQ.
      GREGG M. USHIRODA, ESQ.
      KAREN Y. ARIKAWA, ESQ.
      23rd Floor, First Hawaiian Center
      999 Bishop Street
      Honolulu, Hawaii 96813

      Attorneys for Defendant
      JANE CALFEE

        NOTICE IS HEREBY GIVEN that the following Motion to Strike Defendants'

Incompletely Identified Witnesses 12-35 shall come on for hearing before the Honorable

_____, Judge of the above-entitled court, in his/her courtroom in

the United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850, on

_____, 2005, at _____o'clock ____.m., or as soon thereafter as counsel may

be heard.

        DATED: Honolulu, Hawaii, _____Jan. 17, 2006_____.

                                    _____
                                    ANDRE S. WOOTEN
                                    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN McALLISTER; | ) | CIVIL NO. 04-00625 SOM-BMK |
| | ) | |
| Plaintiff, | ) | MOTION TO STRIKE DEFENDANTS' |
| | ) | INCOMPLETELY IDENTIFIED |
| vs. | ) | WITNESSES 12-35 |
| | ) | |
| UNIVERSITY OF HAWAII; | ) | |
| KAPIOLANI COMMUNITY COLLEGE; | ) | |
| JANE CALFEE, Instructor at | ) | |
| Kapiolani Community College; | ) | |
| RICHARD DOE, Academic Counselor | ) | |
| at Kapiolani Community College; | ) | |
| JILL MAGNAGON, Director of | ) | |
| Academic Counseling Services at | ) | |
| Kapiolani Community College; | ) | |
| MONA LEE, Dean of Student Services | ) | |
| Kapiolani Community College, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO STRIKE DEFENDANTS'
## INCOMPLETELY IDENTIFIED WITNESSES 12-35

Comes now Plaintiff JOHN McALLISTER, by and through his attorney of record,

André S. Wooten, who hereby files the instant Motion to strike all witnesses named in

Defendants' Rule 26 Disclosures filed herein on September 21, 2005 for which no addresses or

telephone numbers are provided, witnesses 12-35. Plaintiff is at a great disadvantage not being

able to contact and communicate with these proposed witnesses, and Defendants have not

provided any indication of what these witnesses may testify about.

Also, all names not provided before the September 16, 2005 discovery cut-off date should be stricken as untimely revealed.

This Motion is based upon Rules 7 and 12 of the Federal Rules of Civil Procedure and the Local Rules and is supported by Defendants' Rule 26 Disclosures, attached hereto as Exhibit "A", and such further evidence as may be presented at a hearing upon the Motion.

DATED: Honolulu, Hawaii, _____.

ANDRE S. WOOTEN
Attorney for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN McALLISTER; | ) | CIVIL NO. CV-04-00625 SOM-BMK |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| UNIVERSITY OF HAWAII; | ) | |
| KAPIOLANI COMMUNITY COLLEGE; | ) | |
| JANE CALFEE, Instructor at | ) | |
| Kapiolani Community College; | ) | |
| RICHARD DOE, Academic Counselor | ) | |
| at Kapiolani Community College; | ) | |
| JILL MAGNAGON, Director of | ) | |
| Academic Counseling Services at | ) | |
| Kapiolani Community College; | ) | |
| MONA LEE, Dean of Student Services | ) | |
| Kapiolani Community College, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last-known address by either hand delivery or U.S. Mail, postage prepaid, on ___Jan 18, 2006___.

RYAN M. AKAMINE, ESQ.          (U.S. Mail)
Associate General Counsel
CHRISTINE TAMASHIRO, ESQ.
Assistant General Counsel
University of Hawaii
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaii 96822

Attorneys for Defendants
UNIVERSITY OF HAWAII,
KAPIOLANI COMMUNITY COLLEGE,
JILL MAKAGON and MONA LEE

JOHN T. KOMEIJI, ESQ.          (Hand Delivery)
GREGG M. USHIRODA, ESQ.
KAREN Y. ARIKAWA, ESQ.
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii   96813

Attorneys for Defendant
JANE CALFEE

DATED: Honolulu, Hawaii, _____Jan 17, 2006_____.


_____
ANDRE' S. WOOTEN
Attorney for Plaintiff