ORIGINAL

ANDRE' S. WOOTEN        #3887
Attorney At Law
1188 Bishop St., Suite 1909
Honolulu, Hawaii  96813
Telephone: (808) 545-4165

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006

at 2 o'clock and 45 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN McALLISTER;<br><br>        Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF HAWAII;<br>KAPIOLANI COMMUNITY COLLEGE;<br>JANE CALFEE, Instructor at<br>Kapiolani Community College;<br>RICHARD DOE, Academic Counselor<br>at Kapiolani Community College;<br>JILL MAGNAGON, Director of<br>Academic Counseling Services at<br>Kapiolani Community College;<br>MONA LEE, Dean of Student Services<br>Kapiolani Community College,<br><br>        Defendants. | CIVIL NO. CV-04-00625 SOM-BMK<br><br>CERTIFICATE OF SERVICE<br><br>RE: PLAINTIFF'S THIRD REQUEST<br>FOR PRODUCTION OF DOCUMENTS<br>TO DEFENDANTS |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Third Request for Production of Documents to Defendants was duly served upon the following parties at their last-known address by means of hand delivery or by U.S. Mail, postage prepaid, on January 17, 2006.

RYAN M. AKAMINE, ESQ.   (U.S. Mail)
Associate General Counsel
CHRISTINE TAMASHIRO, ESQ.
Assistant General Counsel
University of Hawaii
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaii 96822

Attorneys for Defendants
UNIVERSITY OF HAWAII,
KAPIOLANI COMMUNITY COLLEGE,
JANE CALFEE, JILL MAKAGON and
MONA LEE

JOHN T. KOMEIJI, ESQ.   (Hand Delivery)
GREGG M. USHIRODA, ESQ.
KAREN Y. ARIKAWA, ESQ.
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
JANE CALFEE

DATED: Honolulu, Hawaii, _Jan 17, 2006_.

_____
ANDRE' S. WOOTEN
Attorney for Plaintiff