ORIGINAL

WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
KAREN Y. ARIKAWA     #7684-0
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-Mail: gushiroda@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

Attorneys for Defendant
  **JANE CALFEE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN MCALLISTER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSITY OF HAWAI`I;<br>KAPIOLANI COMMUNITY COLLEGE;<br>JANE CALFEE, Instructor at<br>Kapiolani Community College;<br>RICHARD DOE, Academic Counselor<br>at Kapiolani Community College;<br>JILL MAGNAGON, Director of<br>Academic Counseling at<br>Kapiolani Community College;<br>MONA LEE, Dean of Student<br>Services at Kapiolani Community<br>College,<br><br>　　　　Defendants. | **Civil No. CV 04 00625SOM BMK**<br><br>CERTIFICATE OF SERVICE RE:<br>DEFENDANT JANE CALFEE'S<br>RESPONSE TO PLAINTIFF'S THIRD<br>REQUEST FOR PRODUCTION OF<br>DOCUMENTS TO DEFENDANTS DATED<br>DECEMBER 28, 2005, DATED<br>1/26/06 |

CERTIFICATE OF SERVICE:
DEFENDANT JANE CALFEE'S RESPONSE TO
PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANTS DATED DECEMBER 28, 2005, DATED 1/26/06

I HEREBY CERTIFY that two copies of *Defendant Jane Calfee's Response to Plaintiff's Third Request for Production of Documents to Defendants dated December 28, 2005, dated 1/26/06*, were duly served on the following by hand-delivering same on this date to his last known address:

    ANDRE S. WOOTEN, ESQ.
    1188 Bishop Street
    Century Square, Suite 1909
    Honolulu, Hawaii 96814

    Attorney for Plaintiff
    **JOHN MCALLISTER**

---

John McAllister, Plaintiff vs. University of Hawaii, et al., Defendants; Civil No. CV04-00625 SOM-BMK; Certificate of Service

- 2 -

I further certify that a copy of the same was duly served on the following attorneys by depositing same in the United States Mail, postage prepaid, addressed to their following last known addresses:

    RUTH I. TSUJIMURA, ESQ.
    RYAN M. AKAMINE, ESQ.
    University of Hawaii
    2444 Dole Street, Bachman Hall 110
    Honolulu, Hawaii 96822

    Attorneys for Defendants
    **UNIVERSITY OF HAWAII, KAPIOLANI COMMUNITY COLLEGE, JILL MAKAGON** (incorrectly identified as Jill Magnagon) and **MONA LEE**

DATED: Honolulu, Hawaii, January 26, 2006.

    _____
    JOHN T. KOMEIJI
    GREGG M. USHIRODA
    KAREN Y. ARIKAWA
    Attorneys for Defendant
    **JEAN CALFEE**