IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN MCALLISTER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF HAWAII;<br>KAPIOLANI COMMUNITY<br>COLLEGE; JANE CALFEE,<br>Instructor at Kapiolani Community<br>College; RICHARD DOE, Academic<br>Counselor at Kapiolani Community<br>College; JILL MAGNAGON,<br>Director of Academic Counseling at<br>Kapiolani Community College;<br>MONA LEE, Dean of Student<br>Services at Kapiolani Community<br>College,<br><br>    Defendants.<br>_____ | CIV. NO. 04-00625JMS-BMK<br><br><br><br><br><br>ORDER GRANTING DEFENDANT<br>JANE CALFEE'S MOTION FOR<br>LEAVE TO FILE MOTIONS IN<br>LIMINE |

ORDER GRANTING DEFENDANT JANE CALFEE'S MOTION FOR LEAVE
TO FILE MOTIONS IN LIMINE

    On January 9, 2006, Defendant Jane Calfee filed a motion requesting

leave to file up to five motions in limine.  Plaintiff John McAllister filed an

Opposition to Calfee's Motion on January 13, 2006.  Because Calfee has

demonstrated good cause for filing additional motions in limine, the court GRANTS the Motion.

The trial date in this matter will be continued and the parties have been called for a status conference on February 10, 2006. The court will issue deadlines for filing and responding to the motions in limine at the status conference.

IT IS SO ORDERED

DATED: Honolulu, Hawaii, January 31, 2006



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*McAllister v. The University of Hawaii, et al.*, Civ. No. 04-00625 JMS-BMK, Order Granting Defendant Jane Calfee's Motion for Leave to File Motions in Limine