IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| JOHN MCALLISTER, | ) CIVIL NO. CV 04-00625 JMS BMK </br> ) </br> ) CERTIFICATE OF SERVICE </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| Plaintiff, | |
| v. | |
| UNIVERSITY OF HAWAI'I; KAPIOLANI COMMUNITY COLLEGE; JANE CALFEE, Instructor at Kapiolani Community College; RICHARD DOE, Academic Counselor at Kapiolani Community College; JILL MAGNAGON, Director of Academic Counseling at Kapiolani Community College; MONA LEE, Dean of Student Services at Kapiolani Community College, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following by hand-delivery (HD) or United States mail, first class postage prepaid (M), on February 2, 2006, addressed as follows:

> ANDRE S. WOOTEN, ESQ.                                ( M )
> 1188 Bishop Street
> Century Square, Suite 1909
> Honolulu, Hawai'i 96813
>             Attorney for Plaintiff JOHN MCALLISTER

    JOHN T. KOMEIJI, ESQ.         ( M )
    GREGG M. USHIRODA, ESQ.
    23rd Floor, First Hawaiian Center
    999 Bishop Street
    Honolulu, Hawai'i 96813
        Attorneys for Defendant JANE CALFEE

DATED:    Honolulu, Hawai'i,   February 2, 2006  .

                              /s/ Christine T.
                              RUTH I. TSUJIMURA
                              RYAN M. AKAMINE
                              CHRISTINE TAMASHIRO
                              Attorneys for Defendants
                              UNIVERSITY OF HAWAI'I,
                              KAPI'OLANI COMMUNITY
                              COLLEGE, JILL MAKAGON
                              (incorrectly identified as Jill
                              Magnagon, nka Jill Abbott) and
                              MONA LEE