# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00625JMS-BMK

CASE NAME:        John McAllister v. UH

ATTYS FOR PLA:    Andre S. Wooten

ATTYS FOR DEFT:   Ryan M. Akamine, Gregg M. Ushiroda

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 2/13/2006 | TIME: | 2:12 - 2:14 |

COURT ACTION:  EP: Motion to Strike Defendants' Incompletely Identified Witnesses 12 - 35 DENIED.  Wooten to prepare Order Denying Striking the Witnesses w/o Prejudice.  Defendants to provide last known addresses of these witnesses.

Submitted by Richlyn Young, Courtroom Manager