University of Hawai'i

# KAPI'OLANI COMMUNITY COLLEGE

Office of the Dean of Student Services

MEMORANDUM

April 3, 2003

John McAllister
1503 Punahou Street Apt 2A
Honolulu, HI 96822

Dear John,

This letter is to provide a summary of information pertaining to the incident that took place in the Holomua Center on March 12, 2003. On that day, you went to the Holomua Center seeking tutoring services but did not receive any assistance from the tutor on duty.

As the college administrator investigating this incident, I am informing you that the college acknowledges the fact that you were not provided with tutoring services in a timely manner. The college further acknowledges that the volunteer tutor made inappropriate and unacceptable racially based statements. We do not condone either the statement or the denial of service. We have disciplined the tutor and he is no longer welcome at the college as a volunteer. In addition, Holomua Dept. Chair Jill Makagon and I held a meeting with the Holomua tutors on March 21 to reinforce all of the practices and procedures that tutors should follow to ensure equal accessibility for all students seeking tutoring assistance.

I have contacted your instructors to notify them not to penalize you for not attending class due to the incident and subsequent meetings with me in my office. The college would like to provide you with compensated tutoring services for your math 24 and FAMR 230 course to make up any of the missed work as a result of the incident. I would be glad to work with you on these arrangements. Joselyn Yoshimura, as your SSSO counselor, is working individually with your instructors on your behalf to provide any additional accommodations for which you are qualified.

I do hope that you will seek assistance in the Holomua Center for your learning support needs as you had been doing prior to the incident on March 12. Finally, I would like to extend my sincere best wishes for your continued success at the college in the program that you desire to pursue. I believe that you will be able to find that success here at Kapi'olani.

With regards,

Mona Lee, Dean of Student Services

EXHIBIT "A"

4303 Diamond Head Road, Honolulu, Hawai'i 96816-4421
Telephone: (808) 734-9522, Facsimile: (808) 734-9456, www.kcc.hawaii.edu
An Equal Opportunity/Affirmative Action Institution

A00091