University of Hawai'i

# KAPI'OLANI COMMUNITY COLLEGE

Office of the Provost



May 1, 2003

Mr. John McAllister
1503 Punahou Street, Apt. 2A
Honolulu, HI 96822

Dear Mr. McAllister:

During our last meeting, I asked if you would provide us with the name of your VA representative so that we could determine whether any action taken by the College might inadvertently have a negative impact on your support from VA. While I am still interested in being able to talk with your representative, in the interest of time, I am presenting to you the actions that will be taken by the College to address your Spring enrollment. These actions are subject to your concurrence.

1. You will be administratively withdrawn from Math 24 and FAMR 230 without penalty. No record of your enrollment in these courses will appear on your transcript. All tuition paid for these courses will be refunded.

2. You will be enrolled in Math 24 and FAMR 230 during Summer 2003. If, for any reason, the VA will not provide tuition for these summer classes, you will be granted a tuition waiver that will cover the cost of the classes.

3. You will be provided with a tutor at no cost for both the Math 24 and FAMR 230 classes. The level of tutoring support will be 2 hours per week for each class.

4. After review of the circumstance of your financial aid loan default, there is no legal action the College can take to resolve that loan. The decision on the disposition of the loan belongs solely to the vendor. However, under some circumstances, the lender may choose to consolidate the loan. Our financial aid counselors are willing to meet with you to determine the level of financial aid you would receive if the loan issue is resolved and to advise you on how to approach the lending company.

While I believe that the College acted properly to deal with the events that occurred with the volunteer math tutor, I understand the negative impact those events have had on your ability to complete the two classes above. It is my hope that the steps suggested above will allow you to stay on track with your goal of becoming a Radiologic Technician.



4303 Diamond Head Road, Honolulu, Hawai'i 96816
Telephone: (808) 734-9565, Facsimile: (808) 734-9162, www.kcc.hawaii.edu
An Equal Opportunity/Affirmative Action Institution

A00089