To: johnam@hawaii.edu, hassan703@hawaii.rr.com
Subject: BSW Application
Cc: Violet

Aloha John,

Per our phone discussion today, you requested that I email you the points regarding your BSW application.

These were the primary concerns:
1. Cumulative gpr was below the minimum 2.5 gpr requirement,
2. Personal statement did not provide adequate information in the areas to be addressed.

As possible suggestions to address these areas:
1. Can you address in a general way, your academic record?
2. Can you better articulate the areas to be addressed in your personal statement such as, your work/volunteer experiences involving human services and the pathway to social work?

Again, I hope these suggestions will be helpful in reapplying for Spring 2007, if you should so desire. Along this line, please consider consulting w/ Dr. Violet Horvath regarding academic planning for Fall 2006.

take care,
Mari



file://C:\DOCUME~1\Mari\LOCALS~1\Temp\eud64.htm                                              4/25/2006