RETURN TO MENU | SITE MAP | HELP

# View Any Holds On My Record

13717780 John A. McAllister
Apr 14, 2006 10:00 am



- If you have any holds on your records, they may prevent registration, viewing of grades, or requesting of transcripts. If you have any questions, please check with the originating office.
- If Hold Type is **System**, the hold will affect transactions at all UH Institutions.
- If Hold Type is **Institutional**, the hold will affect transactions at that institution only.

*Administrative Holds*

| Hold Type | Description | From Date | To Date | Amount | Reason | Originator | Processes Affected |
|---|---|---|---|---|---|---|---|
| System | Financial Obligation | Mar 16, 2006 | Dec 31, 2099 | $750.00 | Kap Unpaid Short Term Loans | KapCC Cashier Office 734-9524 | Registration Transcripts Accounts Receivable |

**RELEASE: UH:6.1:1**



EXHIBIT "D"