July 18, 2003

To:       Cindy Suzuki, Registrar

From:     Mona Lee

Subject:  Completion of "Incomplete" Grade for John McAllister

    Please change the "I" grade for John McAllister for Math 24 to a "C". Mr. McAllister attended Section 40306 during the first summer session and completed the final exam today.

    Thank you for your assistance.

c:   Bruce Berg
     Mark Alexander



EXHIBIT "E"

A00086