UNIVERSITY OF HAWAI'I

Office of the Chancellor
Kapi`olani Community College

October 6, 2003

Mr. John McAllister
1503 Punahou Street, 2A
Honolulu, HI 96822

Dear John,

I have received your comments regarding the report submitted to you by Dean Leon
Richards on his findings related to your grievance against Jane Calfee.

The academic grievance procedure attempts first to resolve grievances through an
informal process. If that informal process fails, the student has the right to file a formal
grievance. The formal grievance is heard by a student/faculty committee, which then
makes a recommendation to me as Chancellor as to cause and any remedy. A copy of the
Student Academic Grievance Procedures is attached for your use.

At this point, Dean Richards has outlined his findings and his suggested remedies. If
these meet with your satisfaction, then I will implement the recommendations made by
Dean Richards and the grievance regarding Ms. Calfee will be considered closed.

If you wish to reject Dean Richards' resolution of the grievance, you have the right to file
a formal written grievance using the procedures above. I will then appoint a faculty
member to chair the grievance committee and a hearing will be scheduled thereafter.

Sincerely,

John Morton
Chancellor

4303 Diamond Head Road - `Ilima Building Room 213
Honolulu, Hawai`i 96816-4496
Telephone (808) 734-9565 - FAX (808) 734-9187
An Equal Opportunity/Affirmative Action Institution

"F"

A00139