

Honolulu - Hawaii Branch
# NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
P.O. BOX 6 . HONOLULU, HI 96810

January 20, 2004

Kapi'olani Community College
Office of the Dean of Student Services
4303 Diamond Head Road
Honolulu, HI 96816-4421

Re: Alleged Racial Discrimination – John McAllister

To: Dean of Student Services,

We are in receipt of a complaint of alleged racial discrimination towards one John McAllister, on several occasions, by members of your staff. Mr. McAllister complains of:

1) The word 'nigger' being used once by a teacher during a Fall 2003 ENGL 101 class, and subsequently being removed from that class after lodging a complaint, and on another earlier occasion in Spring 2003.
2) Being refused tutoring services on March 12, 2003.
3) Being registered, but not being allowed to attend classes, as a result of his racial discrimination complaint.
4) Not being allowed to register for classes necessary to completing the Radiation Technicians program.
5) Being penalized by VA for non-completion of these courses, by having to repay advanced funds.
6) Losing his VA benefits regarding financial aid for his studies
7) Other racially-based comments being made by a staff-member in the counseling office March 12, 2003.

Mr. Mcallister feels that his present financial hardship, and emotional distress is largely due to the above allegations. Realizing that there is always another side to a story, we invite you to assist us in resolving this matter, by providing us with a written response stating your position on these allegations.

We thank you in advance for your immediate attention to this matter.

Sincerely,

Bennie King, Jr., President
Honolulu-Hawaii NAACP Branch

Glen Butler, Chairperson
Legal Redress Committee

EXHIBIT "G"

A00058