Mona Lee

To: maryperr@hawaii.edu
Cc: jmorton@hawaii.edu; mune@hawaii.edu
Subject: Student complaint

Mary,

Here's a listing of the most recent actions taken by the college to assist John McAllister, the student you spoke with today:

1. Based on information received during a phone conversation with John McAllister's VA counselor, the college will be awarding Mr. McAllister an "I" (incomplete) grade for each of the two classes that he was unable to complete this semester. According to the VA counselor, this is the only way to avoid the situation where John McAllister would have to repay the VA for benefits received during the semester. John McAllister was present during this phone conversation as was Cindy Suzuki, our Registrar, who is also knowledgeable about VA benefits. (The VA counselor is leaving on vacation this Friday and his availability for an in person meeting was extremely limited.)

2. Mr. McAllister will complete both classes during the summer session, removing the "I" grades by mid-August.

3. Mr. McAllister enrolled yesterday in 2 additional classes for the summer session which would continue his VA benefits for the summer. According to his VA counselor, his VA payments continue only if he is enrolled at the college during the summer.

4. Mr. McAllister yesterday registered for 9 credits for the fall semester to ensure that there would be no break in benefits during this upcoming period (yesterday was the deadline to submit copies of his registration forms to the VA office).

5. Mr. McAllister has an 8:00 a.m. appointment this Friday with our Financial Aid Officers. Mr. McAllister will be calling his current loan agency in New Jersey asking for consolidation of an "old" loan that he received in 1984 from a postsecondary institution there. Our Financial Aid staff will be assisting him with this call. If he is granted approval to consolidate the loan, he will become eligible to receive financial aid from KCC.

Pls. call me if you need more information.

Mona

EXHIBIT "H"

A00088