IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN McALLISTER; | ) | CIVIL NO. CV-04-00625 SOM-BMK |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| UNIVERSITY OF HAWAII; KAPIOLANI COMMUNITY COLLEGE; JANE CALFEE, Instructor at Kapiolani Community College; RICHARD DOE, Academic Counselor at Kapiolani Community College; JILL MAGNAGON, Director of Academic Counseling Services at Kapiolani Community College; MONA LEE, Dean of Student Services Kapiolani Community College, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties at their last-known address by either hand delivery or U.S. Mail, postage prepaid, on _May 30, 2006_.

RYAN M. AKAMINE, ESQ.        (U.S. Mail)
Associate General Counsel
CHRISTINE TAMASHIRO, ESQ.
Assistant General Counsel
University of Hawaii
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaii 96822

Attorneys for Defendants
UNIVERSITY OF HAWAII,
KAPIOLANI COMMUNITY COLLEGE,
JILL MAKAGON and MONA LEE

JOHN T. KOMEIJI, ESQ.        (Hand Delivery)
GREGG M. USHIRODA, ESQ.
KAREN Y. ARIKAWA, ESQ.
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813

Attorneys for Defendant
JANE CALFEE

DATED: Honolulu, Hawaii, May 29, 2006

_____
ANDRE' S. WOOTEN
Attorney for Plaintiff