WALTER S. KIRIMITSU 333-0
  University General Counsel
RUTH I. TSUJIMURA 1860-0
  Deputy General Counsel
RYAN M. AKAMINE 4358-0
  Associate General Counsel
ryan.akamine@hawaii.edu
CHRISTINE TAMASHIRO 7565-0
  Assistant General Counsel
christine.tamashiro@hawaii.edu
University of Hawaiʻi
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaiʻi 96822
Telephone:  (808) 956-2211
Facsimile:  (808) 956-2109

Attorneys for Defendants
UNIVERSITY OF HAWAIʻI,
KAPIOLANI COMMUNITY COLLEGE,
JILL MAKAGON (incorrectly identified
as Jill Magnagon, nka Jill Abbott) and
MONA LEE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| JOHN MCALLISTER, | CIVIL NO. CV 04-00625 JMS BMK |
| Plaintiff, | NOTICE OF APPEARANCE AND WITHDRAWAL OF COUNSEL; |
| v. | CERTIFICATE OF SERVICE |
| UNIVERSITY OF HAWAI'I; KAPIOLANI COMMUNITY COLLEGE; JANE CALFEE, Instructor at Kapiolani Community College; RICHARD DOE, Academic Counselor at Kapiolani Community College; JILL MAGNAGON, Director of Academic | *Trial date: August 8, 2006* |

| | |
|---|---|
| Counseling at Kapiolani Community College; MONA LEE, Dean of Student Services at Kapiolani Community College, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

04-357/Ntc App.ct

## NOTICE OF APPEARANCE AND WITHDRAWAL OF COUNSEL

Comes now the Office of Vice President for Legal Affairs and University General Counsel, University of Hawai'i, and hereby gives notice that CHRISTINE TAMASHIRO, Assistant General Counsel, hereby appears as counsel for Defendant UNIVERSITY OF HAWAI'I in this action, and substitutes in as counsel for ROBERT A. MASH, formerly an Associate General Counsel in the Office of Vice President for Legal Affairs and University General Counsel, who hereby withdraws as counsel for Defendant University of Hawai'i as he is no longer employed by the University of Hawai'i.

DATED:  Honolulu, Hawaii,    May 30, 2006   .

  /s/ Christine Tamashiro
RUTH I. TSUJIMURA
RYAN M. AKAMINE
CHRISTINE TAMASHIRO
Attorneys for Defendants
UNIVERSITY OF HAWAI'I,
KAPI'OLANI  COMMUNITY
COLLEGE, JILL MAKAGON
(incorrectly identified as Jill
Magnagon, nka Jill Abbott) and
MONA LEE

2

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOHN MCALLISTER, ) | CIVIL NO. CV 04-00625 JMS BMK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF HAWAIʻI; ) | |
| KAPIOLANI COMMUNITY ) | |
| COLLEGE; JANE CALFEE, Instructor at ) | |
| Kapiolani Community College; ) | |
| RICHARD DOE, Academic Counselor at ) | |
| Kapiolani Community College; JILL ) | |
| MAGNAGON, Director of Academic ) | |
| Counseling at Kapiolani Community ) | |
| College; MONA LEE, Dean of Student ) | |
| Services at Kapiolani Community ) | |
| College, ) | |
| Defendants. ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the dates noted below a true and correct copy of the foregoing document was duly served upon the following electronically through CM/ECF, by hand-delivery, or by United States first class mail (M), addressed as follows:

*Served Electronically through CM/ECF:* N/A

*Served by U.S. First Class Mail:*

ANDRE S. WOOTEN, ESQ.                                May 30, 2006
1188 Bishop Street
Century Square, Suite 1909
Honolulu, Hawaiʻi 96813
    Attorney for Plaintiff JOHN MCALLISTER

JOHN T. KOMEIJI, ESQ.                                May 30, 2006
GREGG M. USHIRODA, ESQ.
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaiʻi  96813
Attorneys for Defendant JANE CALFEE

*Served by Hand-Delivery:*  N/A

    DATED:    Honolulu, Hawaiʻi,   May 30. 2006          .

          /s/ Christine Tamashiro
RUTH I. TSUJIMURA
RYAN M. AKAMINE
CHRISTINE TAMASHIRO
Attorneys for Defendants
UNIVERSITY OF HAWAIʻI,
KAPIʻOLANI COMMUNITY
COLLEGE, JILL MAKAGON
(incorrectly identified as Jill
Magnagon, nka Jill Abbott) and
MONA LEE