University of Hawai'i

# KAPI'OLANI COMMUNITY COLLEGE

Business Office

### BALANCE SHEET FOR JOHN MCALLISTER #13717780

| DATE | ACTION | REPAYMENT DATE | LOAN AMOUNT | PAYMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 9-Jul-03 | Short Term Loan issued | 8/14/2003 | $300.00 | | $300.00 |
| 18-Jul-03 | Short Term Loan issued | 10/18/2003 | $300.00 | | $600.00 |
| 25-Jul-03 | Short Term Loan issued | 10/25/2003 | $300.00 | | $900.00 |
| 11-Jul-05 | Notice of Outstanding Invoice sent | | | | $900.00 |
| 4-Aug-05 | Partial Payment received | | | $50.00 | $850.00 |
| 10-Nov-05 | Second Outstanding Notice sent | | | | $850.00 |
| 9-Jan-06 | Partial Payment received | | | $100.00 | $750.00 |
| | Balance Due as of 6/1/2006 | | | | $750.00 |

**EXHIBIT "3"**

4303 Diamond Head Road, Honolulu, Hawai'i 96816
Telephone: (808) 734-9526, Facsimile: (808) 734-9545, www.kcc.hawaii.edu
An Equal Opportunity/Affirmative Action Institution

## UNIVERSITY OF HAWAII ✸ KAPIOLANI COMMUNITY COLLEGE
Cashier's Office • Ilima 102 • 4303 Diamond Head Road • Honolulu, HI 96816

July 11, 2005

John McAllister
1503 Punahou Apt. 2A
Honolulu, HI 96822

### NOTICE OF OUTSTANDING INVOICE(S)

According to our files, the attached Short term loan promissory note is outstanding pending receipt of payment. If payment has been made, please disregard this notice. If there are any discrepancies with the promissory note, please call 734-9524. Otherwise, immediate payment will be appreciated.

Sincerely,

*[signature]*

Cynthia Chin-Delong
KCC Cashiers Office

Attachment: Promissory note

# UNIVERSITY OF HAWAII ⛩ KAPIOLANI COMMUNITY COLLEGE

Cashier's Office ♦ Ilima 102 ♦ 4303 Diamond Head Road ♦ Honolulu, HI 96816
Kekaulike Information and Service Center

November 10, 2005

John McAllister
1503 Punahou Street Apt. 2A
Honolulu, HI 96822

**SECOND NOTICE OF OUTSTANDING INVOICE(S)**

According to our files, the attached Short term loan promissory notes are outstanding pending receipt of payment. If payment has been made, please disregard this notice. If there are any discrepancies with the promissory notes, please call 734-9524. Otherwise, immediate payment will be appreciated.

Sincerely,

*[signature]*

Cynthia Chin-Delong
Institutional Support

Attachment: Promissory note

*mailed 9/27/05*

University of Hawai'i

# KAPI'OLANI COMMUNITY COLLEGE

Office of the Dean of Student Services

September 26, 2005

John McAllister
1503 Punahou Street, Apt. 2A
Honolulu, HI 96822

Dear John,

    This is a reminder that your monthly payment for September 2005 has not been received.

    Please continue to make regular payments on your loan from Kapi'olani Community College/University of Hawaii Foundation to avoid a financial hold being placed on your account.

Sincerely,

Mona Lee
Dean of Student Services

c: Marla Musik
   UH Foundation Director of Advancement