Payment Schedule – John McAllister
(Loan repayment - $50 every month beginning Nov. '04 until ~~Oct. 05~~ Apr. 06; if no payment received by 15th of the month let Mona know)
(per Mona – okay to extend $50 payments; after 4/06 payment amount increases to $100)

| Date Received | Amount | Cash/Check | Comments |
|---|---|---|---|
| 12/6/04 | $50.00 | Cash | Mona took over to Chancellor's office |
| 1/25/05 | $50.00 | Cash | Barbara gave to Irma |
| 8/4/05* (*Payment for Feb) | $50.00 | Cash | Barbara gave to Lori in B.O. |
| 1/9/06 | $100.00 | Check | Barbara gave to Lori in B.O. |

*(Note: Owes $550 as of 3/06 to be up to date w/payments.)*

Send next payment to Mary Inouye instead of Lori.

EXHIBIT "5"