**From:** Mona Lee <monal@hawaii.edu>
**To:** <markalex@hawaii.edu>, <lhirohat@hawaii.edu>
**Cc:** <jmakagon@hawaii.edu>
**Date:** Tuesday, May 13, 2003 10:37 AM
**Subject:** John McAllister

---

Hi Laurie and Mark,

As part of the ongoing discussions with John McAllister, the college will be allowing him to "retake" the Math 24 and Famr 230 classes this summer. We are asking that you give John an I/F grade for the spring semester. This will allow him to earn the grade and credit based on his performance during the summer session.

Mark, John McAllister will be sitting in Bruce Berg's Math 24 class; Laurie, he will be sitting in Veronica Ogata's course. I'll be asking Veronica and Bruce to turn grades in to the Registrar.

This arrangement was agreed to as a result of John McAllister's conversations with John Morton and myself. We appreciate your assistance with providing information which served as a basis for the discussions.

Thanks,

Mona