University of Hawai'i

# KAPI'OLANI COMMUNITY COLLEGE

Office of the Dean of Student Services

July 18, 2003

To:       Cindy Suzuki, Registrar

From:     Mona Lee

Subject:  Completion of "Incomplete" Grade for John McAllister

    Please change the "I" grade for John McAllister for Math 24 to a "C". Mr. McAllister attended Section 40306 during the first summer session and completed the final exam today.

    Thank you for your assistance.

c:   Bruce Berg
     Mark Alexander

**EXHIBIT "9"**

4303 Diamond Head Road, Honolulu, Hawai'i 96816-4421
Telephone: (808) 734-9522, Facsimile: (808) 734-9456, www.kcc.hawaii.edu
An Equal Opportunity/Affirmative Action Institution

A00096