ORIGINAL

373613.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI        #2498-0
GREGG M. USHIRODA      #5868-0
KAREN Y. ARIKAWA       #7684-0
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
  JANE CALFEE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2006

at 2 o'clock and 55 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN MCALLISTER,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNIVERSITY OF HAWAI`I;<br>KAPIOLANI COMMUNITY COLLEGE;<br>JANE CALFEE, Instructor at<br>Kapiolani Community College;<br>RICHARD DOE, Academic Counselor<br>at Kapiolani Community College;<br>JILL MAGNAGON, Director of<br>Academic Counseling at<br>Kapiolani Community College;<br>MONA LEE, Dean of Student<br>Services at Kapiolani Community<br>College,<br><br>    Defendants. | Civil No. CV 04 00625 JMS BMK<br><br>DEFENDANT JANE CALFEE'S<br>MEMORANDUM IN OPPOSITION TO<br>PLAINTIFFS' MOTION FOR<br>TEMPORARY RESTRAINING ORDER<br>AND PRELIMINARY INJUNCTION;<br>CERTIFICATE OF SERVICE<br><br>**HEARING:**<br>DATE: June 5, 2006<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Michael Seabright<br><br>TRIAL DATE: August 8, 2006 |

**DEFENDANT JANE CALFEE'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Comes now, Defendant JANE CALFEE, by and through her attorneys, WATANABE ING & KOMEIJI, LLP, and hereby submits the

following Memorandum in Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, filed on May 29, 2006.

I.  **INTRODUCTION**

Defendant CALFEE requests that this Court deny Plaintiff JOHN McALLISTER's ("Plaintiff") Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") to the extent that it seeks any relief from Defendant CALFEE.

II.  **ARGUMENT**

The ultimate relief requested in Plaintiff's Motion, although unclear, appears to be for an order "lifting the bar to his registration and continuation of V.A. Education benefits including room and board and living expenses and his work-study job, and re-instating the $50.00 per month repayment agreement of this debt." See Motion at the unnumbered fourth and fifth pages. For the reasons stated in the opposition prepared by Defendants UNIVERSITY OF HAWAII, KAPIOLANI COMMUNITY COLLEGE, RICHARD DOE, JILL MAKAGON (incorrectly identified as Jill Magnagon), and MONA LEE (collectively referred to as "UH Defendants"), Defendant CALFEE requests that the Motion be denied, and thereby joins in the same pursuant to LR 7.9 of the Rules of the United States District Court for the District of Hawaii.

Defendant CALFEE also disputes the unsupported and inflammatory allegations about her that are contained in Plaintiff's Motion. Such issues are, indeed, factual disputes

that should be left for adjudication at trial. Defendant CALFEE thus requests that Plaintiff's Motion be denied to the extent that it seeks to impose any liability on Defendant CALFEE, or determine any factual disputes related to Defendant CALFEE at this time.

### III. CONCLUSION

Based on the foregoing, Defendant JANE CALFEE respectfully requests that this Court deny Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

DATED: Honolulu, Hawaii, June 1, 2006.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant
**JANE CALFEE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN MCALLISTER,<br><br>                   Plaintiff,<br><br>   vs.<br><br>UNIVERSITY OF HAWAI`I;<br>KAPIOLANI COMMUNITY COLLEGE;<br>JANE CALFEE, Instructor at<br>Kapiolani Community College;<br>RICHARD DOE, Academic Counselor<br>at Kapiolani Community College;<br>JILL MAGNAGON, Director of<br>Academic Counseling at<br>Kapiolani Community College;<br>MONA LEE, Dean of Student<br>Services at Kapiolani Community<br>College,<br><br>                  Defendants. | **Civil No. CV 04 00625SOM BMK**<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was duly served on the following by depositing same in the United States Mail, postage prepaid, addressed to their following last known addresses:

      ANDRE S. WOOTEN, ESQ.
      1188 Bishop Street
      Century Square, Suite 1909
      Honolulu, Hawaii 96814

      Attorney for Plaintiff
      **JOHN MCALLISTER**

RUTH I. TSUJIMURA, ESQ.
RYAN M. AKAMINE, ESQ.
University of Hawaii
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaii 96822

Attorneys for Defendants
**UNIVERSITY OF HAWAII, KAPIOLANI COMMUNITY COLLEGE, JILL MAKAGON** (incorrectly identified as Jill Magnagon) and **MONA LEE**

DATED: Honolulu, Hawaii, June 1, 2006.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant
**JANE CALFEE**