**ORIGINAL**

ANDRE' S. WOOTEN   #3887
Attorney At Law
1188 Bishop St., Suite 1909
Honolulu, Hawaii 96813
Telephone: (808) 545-4165

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2006

at \_\_\_ o'clock and \_30\_ min. \_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN McALLISTER, | ) | CIVIL NO. 04-00625 SOM-BMK |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | (RE: **PLAINTIFF'S NOTICE OF** |
| | ) | **TAKING DEPOSITION UPON ORAL** |
| UNIVERSITY OF HAWAII; | ) | **EXAMINATION**) |
| KAPIOLANI COMMUNITY COLLEGE; | ) | |
| JANE CALFEE, Instructor at Kapiolani | ) | |
| Community College; RICHARD DOE, | ) | |
| Academic Counselor at Kapiolani | ) | |
| Community College; JILL MAGNAGON, | ) | [John Morton, 6/13/06, 10:30 a.m.] |
| Director of Academic Counseling Services | ) | |
| at Kapiolani Community College; | ) | |
| MONA LEE, Dean of Student Services | ) | |
| at Kapiolani Community College, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION** was duly served upon the following parties at their last-known addresses by the means indicated below, on 6-6-06.

|  | U.S. MAIL | HAND DELIVERY |
|---|---|---|
| RYAN M. AKAMINE, ESQ.<br>Associate General Counsel<br>CHRISTINE TAMASHIRO, ESQ.<br>Assistant General Counsel<br>University of Hawai'i<br>2444 Dole Street, Bachman Hall 110<br>Honolulu, Hawai'i 96822<br><br>Attorneys for Defendants<br>UNIVERSITY OF HAWAI'I,<br>KAPIOLANI COMMUNITY COLLEGE,<br>JILL MAKAGON (incorrectly identified<br>as Jill Magnagon, nka Jill Abbott) and<br>MONA LEE | XX |  |
| JOHN T. KOMEIJI, ESQ.<br>GREGG M. USHIRODA, ESQ.<br>KAREN Y. ARIKAWA, ESQ.<br>Watanabe Ing & Komeiji LLP<br>23rd Floor, First Hawaiian Center<br>999 Bishop Street<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>JANE CALFEE |  | XX |

DATED: Honolulu, Hawaii, June 6, 2006

_____
ANDRE' S. WOOTEN
Attorney for Plaintiff