374331.5
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI     #2498-0
GREGG M. USHIRODA   #5868-0
KAREN Y. ARIKAWA    #7684-0
23rd Floor, First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
E-Mail: gushiroda@wik.com

Attorneys for Defendant
  **JANE CALFEE**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN MCALLISTER,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNIVERSITY OF HAWAI`I;<br>KAPIOLANI COMMUNITY COLLEGE;<br>JANE CALFEE, Instructor at<br>Kapiolani Community College;<br>RICHARD DOE, Academic Counselor<br>at Kapiolani Community College;<br>JILL MAGNAGON, Director of<br>Academic Counseling at<br>Kapiolani Community College;<br>MONA LEE, Dean of Student<br>Services at Kapiolani Community<br>College,<br><br>          Defendants. | **Civil No. CV 04 00625JMS BMK**<br><br>MOTION TO WITHDRAW AS COUNSEL<br>FOR DEFENDANT JANE CALFEE;<br>DECLARATION OF JOHN T.<br>KOMEIJI; AND CERTIFICATE OF<br>SERVICE<br><br><br><br>TRIAL: August 8, 2006 |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT JANE CALFEE

Comes now WATANABE ING & KOMEIJI LLP, and hereby moves this Honorable Court for an Order permitting it to withdraw as counsel of record for Defendant JANE CALFEE.

This motion is based on Rule 7 of the Federal Rules of Civil Procedure, LR 83.6(b) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Rule 1.16(b)(6) of the Hawaii Rules of Professional Conduct and the Affidavit of John T. Komeiji attached hereto as well as the record and file herein.

DATED: Honolulu, Hawaii, June 20, 2006.

/s/ Gregg M. Ushiroda
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant
JANE CALFEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN MCALLISTER,<br><br>      Plaintiff,<br><br>      vs.<br><br>UNIVERSITY OF HAWAI`I;<br>KAPIOLANI COMMUNITY COLLEGE;<br>JANE CALFEE, Instructor at<br>Kapiolani Community College;<br>RICHARD DOE, Academic Counselor<br>at Kapiolani Community College;<br>JILL MAGNAGON, Director of<br>Academic Counseling at<br>Kapiolani Community College;<br>MONA LEE, Dean of Student<br>Services at Kapiolani Community<br>College,<br><br>      Defendants. | **Civil No. CV 04 00625SOM BMK**<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing was duly served on the following parties by electronic mail through CM/ECF, on this date to their last known addresses:

      ANDRE S. WOOTEN, ESQ.
      1188 Bishop Street
      Century Square, Suite 1909
      Honolulu, Hawaii 96814

      Attorney for Plaintiff
      **JOHN MCALLISTER**

RUTH I. TSUJIMURA, ESQ.
RYAN M. AKAMINE, ESQ.
University of Hawaii
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaii 96822

Attorneys for Defendants
**UNIVERSITY OF HAWAII, KAPIOLANI COMMUNITY COLLEGE, JILL MAKAGON (incorrectly identified as Jill Magnagon) and MONA LEE**


DATED:  Honolulu, Hawaii, June 20, 2006.


      /s/ Gregg M. Ushiroda
**JOHN T. KOMEIJI**
**GREGG M. USHIRODA**
**KAREN Y. ARIKAWA**
Attorneys for Defendant
JANE CALFEE

---

John McAllister, Plaintiff vs. University of Hawaii, et al., Defendants; Civil No. CV 04-00625 JMS BMK; Certificate of Service