# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00625JMS-BMK |
| CASE NAME: | John McAllister v. University of Hawaii, et al. |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Ryan M. Akamine, John T. Komeiji |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 6/23/2006 | TIME: | 9:06 - 9:21 (SEALED 9:06 - 9:21) |

COURT ACTION:  EP: Motion to Withdraw as Counsel for Defendant Jane Calfee - SEALED HEARING HELD 9:08 - 9:18:51.

Motion taken on advisement.  Mr. Komeiji will notify the court on 6-26-06 if he will remain as counsel.

Final Pretrial Conference continued from 6-27-06 to 6-29-06 @ 1:30 p.m., BMK.  Settlement Conference set for 6-29-06 @ 2 p.m. is moved to 1:30 p.m. the same day before BMK.

Submitted by Richlyn Young, Courtroom Manager