# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00625JMS-BMK

CASE NAME:        John McAllister v. UH

ATTYS FOR PLA:    Andre S. Wooten

ATTYS FOR DEFT:   Christine Tamashiro, Ryan M. Akamine, John Komeiji

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:   Chambers

DATE:    06/29/2006               TIME:       1:30 - 2:55

COURT ACTION:  EP: Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn Young, Courtroom Manager