# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/07/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00625JMS-BMK |
| CASE NAME: | McAllister v. UH |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Ryan M. Akamine, Christine Tamashiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 07/07/2006 | TIME: | 2:05 - 3:15 |

COURT ACTION:  EP: Further Settlement Conference held.  No settlement at this time. Further conference on call.

Submitted by Richlyn W. Young, courtroom manager