# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00625JMS-BMK |
| CASE NAME: | John McAllister v. UH |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Christine Tamashiro, Ryan M. Akamine |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 07/14/2006 | TIME: | 10 - 11 |

COURT ACTION:  EP: Further Settlement Conference held. Settlement on the Record set for 7-17-06 @ 1:30 p.m., BMK.

Submitted by Richlyn Young, Courtroom Manager