# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00625JMS-BMK |
| CASE NAME: | John McAllister v. University of Hawaii, et al. |
| ATTYS FOR PLA: | Andre S. Wooten |
| ATTYS FOR DEFT: | Ryan Akamine, Gregg Ushiroda, Christine Tamashiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 07/17/2006 | TIME: | 1:30 - 1:38 |

COURT ACTION:  EP: Settlement Placed on the Record.
Status Conference Re Dismissal set for 8-7-06 @ 9 a.m., BMK.
All other dates/deadlines are terminated.

cc: Judge Michael Seabright, Dottie Miwa

Submitted by Richlyn Young, Courtroom Manager