

RUTH I. TSUJIMURA 1860-0
 Interim University General Counsel
RYAN M. AKAMINE 4358-0
 Associate General Counsel
ryan.akamine@hawaii.edu
CHRISTINE TAMASHIRO 7565-0
 Assistant General Counsel
christine.tamashiro@hawaii.edu
University of Hawai'i
2444 Dole Street, Bachman Hall 110
Honolulu, Hawai'i 96822
Telephone:  (808) 956-2211
Facsimile:  (808) 956-2109

Attorneys for Defendants
UNIVERSITY OF HAWAI'I,
JILL MAKAGON (incorrectly identified
as Jill Magnagon, nka Jill Abbott) and
MONA LEE

**ORIGINAL**

**LODGED**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL  1 9 2006

JUL 1 7 2006  at 3 o'clock and 00 min. P M

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| JOHN MCALLISTER, | CIVIL NO. CV 04-00625 JMS BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S |
| v. | COMPLAINT AGAINST JILL MAKAGON (incorrectly identified as |
| UNIVERSITY OF HAWAI'I; | Jill Magnagon, nka Jill Abbott), MONA |
| KAPIOLANI COMMUNITY | LEE, and JANE CALFEE; ORDER |
| COLLEGE; JANE CALFEE, Instructor | |
| at Kapiolani Community College; | |
| RICHARD DOE, Academic Counselor | Trial date: August 8, 2006 |
| at Kapiolani Community College; JILL | |
| MAGNAGON, Director of Academic | |
| Counseling at Kapiolani Community | |
| College; MONA LEE, Dean of Student | |
| Services at Kapiolani Community | |

College,                                )
                                        )
                Defendants.             )
                                        )
_____)
04-357/Stip for Dismissal of Ind Defs

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST JILL MAKAGON (incorrectly identified as Jill Magnagon, nka Jill Abbott), MONA LEE, and JANE CALFEE

The parties who have appeared in this action, through their respective counsel of record and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) and LR 41.1, hereby stipulate to the following:

1.      Plaintiff's claims and causes of action, as alleged in his Complaint filed on October 19, 2004, against Defendants Jill Makagon (incorrectly identified as Jill Magnagon, nka Jill Abbott), Mona Lee, and Jane Calfee are hereby dismissed with prejudice, each party to bear his/her own attorneys' fees and costs.

2.      The only remaining defendant in this action is Defendant University of Hawai'i.

This stipulation has been signed by counsel for all parties who have appeared in this action.  Trial is set for the week of August 8, 2006.

Dated: Honolulu, Hawaii, ____7/17/06_____.


                                _____
                                ANDRE S. WOOTEN
                                Attorney for Plaintiff

Dated: Honolulu, Hawaii, _____7/17/06_____.


_____
RUTH I. TSUJIMURA
RYAN M. AKAMINE
CHRISTINE TAMASHIRO
Attorneys for Defendants
UNIVERSITY OF HAWAI'I, JILL
MAKAGON (incorrectly identified as
Jill Magnagon, nka Jill Abbott) and
MONA LEE


Dated: Honolulu, Hawaii, _____7/17/06_____.


_____
JOHN KOMEIJI
Attorney for Defendant
JANE CALFEE


APPROVED AND SO ORDERED:


_____
JUDGE OF THE ABOVE-ENTITLED COURT

STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST
JILL MAKAGON (incorrectly identified as Jill Magnagon, nka Jill Abbott), MONA LEE, and JANE
CALFEE; John McAllister v. University of Hawai'i, et al., CV 04 00625 JMS BMK, United States
District Court, District of Hawaii

3