ORIGINAL

RUTH I. TSUJIMURA 1860-0
  Interim University General Counsel
RYAN M. AKAMINE 4358-0
  Associate General Counsel
ryan.akamine@hawaii.edu
CHRISTINE TAMASHIRO 7565-0
  Assistant General Counsel
christine.tamashiro@hawaii.edu
University of Hawai'i
2444 Dole Street, Bachman Hall 110
Honolulu, Hawai'i 96822
Telephone: (808) 956-2211
Facsimile: (808) 956-2109

Attorneys for Defendant
UNIVERSITY OF HAWAI'I

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 3 1 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| JOHN MCALLISTER, | ) CIVIL NO. CV 04-00625 JMS BMK |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE OF PLAINTIFF'S |
| v. | ) COMPLAINT AGAINST |
| | ) UNIVERSITY OF HAWAII; ORDER |
| UNIVERSITY OF HAWAI'I; | ) |
| KAPIOLANI COMMUNITY | ) |
| COLLEGE; JANE CALFEE, Instructor | ) *Trial date:* August 8, 2006 |
| at Kapiolani Community College; | ) |
| RICHARD DOE, Academic Counselor | ) |
| at Kapiolani Community College; JILL | ) |
| MAGNAGON, Director of Academic | ) |
| Counseling at Kapiolani Community | ) |
| College; MONA LEE, Dean of Student | ) |
| Services at Kapiolani Community | ) |
| College, | ) |
| | ) |
| Defendants. | ) |

_____)
04-357/Stip for Dismissal of UH

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST UNIVERSITY OF HAWAII

The parties who have appeared in this action, through their respective counsel of record and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) and LR 41.1, hereby stipulate to the following:

Plaintiff's claims and causes of action, as alleged in his Complaint filed on October 19, 2004, against Defendant UNIVERSITY OF HAWAI'I is hereby dismissed with prejudice, each party to bear his, her or its own attorneys' fees and costs.

There are no remaining claims or parties in this action.

This stipulation has been signed by counsel for all parties who have appeared in this action. Trial is set for the week of August 8, 2006.

Dated: Honolulu, Hawai'i, July 17, 2006

ANDRE S. WOOTEN
Attorney for Plaintiff

2

Dated: Honolulu, Hawai'i, _7/17/06_.

_____
RUTH I. TSUJIMURA
RYAN M. AKAMINE
CHRISTINE TAMASHIRO
Attorneys for Defendant
UNIVERSITY OF HAWAI'I

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT AGAINST UNIVERSITY OF HAWAII; John McAllister v. University of Hawai'i, et al., CV 04 00625 JMS BMK, United States District Court, District of Hawaii